### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

In re   Lisa Marianne Shaver                                    Case No. 3:21-bk-30716-SHB
                                                                Chapter 7
        Debtor

## MOTION TO SEAL EXHIBITS

Comes now the Debtor's attorney, Zachary S. Burroughs, and hereby moves this Court, pursuant to E.D. Tenn. LBR 5005-4(m), to seal exhibits to this Motion and in support of this Motion states as follows:

1. Zachary S. Burroughs filed a Chapter 7 Bankruptcy case for the Debtor, Lisa Marianne Shaver, on April 23, 2021.

2. Prior to filing, the Debtor entered into a Pre-Petition Fee Agreement with Clark & Washington, PC, which addresses compensation for pre-petition services. After filing, the Debtor entered into a Post-Petition Fee Agreement with Clark & Washington, PC, which addresses compensation for post-petition services.

3. Said Pre-Petition Fee Agreement will be filed separately as Exhibit A to this Motion. Said Post-Petition Fee Agreement will be filed separately as Exhibit B to this Motion.

4. Zachary S. Burroughs, files this Motion pursuant to E.D. Tenn. LBR 5005-4(m) seeking an Order of the Court prohibiting remote electronic access to Exhibit A and Exhibit B to this Motion. Debtor's attorney seeks to seal these exhibits to protect attorney-client privilege as well as Debtor's attorney's work product.

5. A copy of this Motion is being served on the Debtor, the Chapter 7 Trustee, and U.S. Trustee only to avoid alerting third parties of the document at issue.

WHEREFORE, Zachary S. Burroughs, attorney for the Debtor, respectfully requests that the Court enter an Order directing the Clerk to seal Exhibit A and Exhibit B to this Motion to Seal.

April 26, 2021.

/s/ Zachary S. Burroughs
Zachary S. Burroughs, # 025896
Clark & Washington, P.C.
Attorneys for Debtor
408 S. Northshore Drive
Knoxville, TN 37919
(865) 280-8081 (phone)
(865) 862-8967 (fax)
cwknoxville@cw13.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and exact copies of the foregoing Motion to Seal Exhibits, Exhibits A and B, and Proposed Order have been forwarded to the following by depositing in the U.S. Mail, postage prepaid, and/or Electronic Case Filing (ECF) on April 26, 2021.

Office of United States Trustee (ECF)
Howard H. Baker, Jr., U.S. Courthouse
800 Market Street Ste 114
Knoxville, TN 37902

Ryan Jarrard (ECF)
Chapter 7 Trustee
800 South Gay Street
Suite 2121
Knoxville, TN 37979

Lisa Marianne Shaver (US MAIL)
6713 Pheasant Lane
Knoxville TN 37923

/s/ Zachary S. Burroughs
Zachary S. Burroughs, # 025896